# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __Wilkins Enterprises, LLC__  
Debtor(s)

Case No. _____  
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Wilkins Enterprises, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 9, 2021** | **/s/ Paul G. Swanson** |
| Date | **Paul G. Swanson 1007861** |
| | Signature of Attorney or Litigant |
| | Counsel for __Wilkins Enterprises, LLC__ |
| | **STEINHILBER SWANSON LLP** |
| | **107 Church Avenue** |
| | **Oshkosh, WI 54901** |
| | **920-235-6690 Fax:920-426-5530** |
| | **pswanson@steinhilberswanson.com** |