United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 21-21173-gmh |
| Wilkins Enterprises, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Mar 10, 2021 | Form ID: 309C | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilkins Enterprises, LLC, 2340 Geneva, Oshkosh, WI 54901-1804 |
| tr | + | Larry H. Liebzeit, 4650 West Spencer Street, Appleton, WI 54914-9106 |
| 11503959 | + | Drew DeVinney, Martin Law Office, 7280 S. 13th St., Oak Creek, WI 53154-1831 |
| 11503960 | + | John Mayer, Attorney at Law, 1425 Memorial Dr., Manitowoc, WI 54220-6707 |
| 11503961 | + | Mark Ruck, 317 E. Melvin St., Oshkosh, WI 54901-3851 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: pswanson@steinhilberswanson.com | Mar 11 2021 03:31:00 | Paul G. Swanson, Steinhilber Swanson LLP, 107 Church Avenue, P.O. Box 617, Oshkosh, WI 54903-0617 |
| smg | | EDI: WISCDEPREV.COM | Mar 11 2021 03:58:00 | Wisconsin Department Of Revenue, Special Procedures Unit, P.O. Box 8901, Madison, WI 53708-8901 |
| ust | + | Email/Text: ustpregion11.mi.ecf@usdoj.gov | Mar 11 2021 03:34:00 | Office of the U. S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202-4510 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021          Signature:     /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Wilkins Enterprises, LLC <br> Name | EIN: | 86–2277399 |
| United States Bankruptcy Court | Eastern District of Wisconsin | Date case filed for chapter: | 7   3/9/21 |
| Case number: | 21–21173–gmh | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Wilkins Enterprises, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2340 Geneva <br> Oshkosh, WI 54901 | |
| 4. | **Debtor's attorney** <br> Name and address | Paul G. Swanson <br> Steinhilber Swanson LLP <br> 107 Church Avenue <br> P.O. Box 617 <br> Oshkosh, WI 54903–0617 | Contact phone 920–235–6690 <br> Email: pswanson@steinhilberswanson.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Larry H. Liebzeit <br> 4650 West Spencer Street <br> Appleton, WI 54914 | Contact phone 920–739–6307 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Room 126, U.S. Courthouse <br> 517 East Wisconsin Avenue <br> Milwaukee, WI 53202–4581 | Office Hours: Monday through Friday, 8:30 A.M. until 4:30 P.M., except legal holidays. <br> Contact phone (414) 297–3291 <br> Date: 3/10/21 |
| 6. | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 5, 2021 at 09:00 AM** <br><br> **BY TELEPHONE** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Larry H. Liebzeit <br> Call in number: 866–581–7127 <br> Passcode: 2088299 |
| | **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | | |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1