In re:                                                                                          Case No. 21-21173-gmh

Wilkins Enterprises, LLC                                                                        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0757-2 | User: adkt | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: oclose7n | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilkins Enterprises, LLC, 2340 Geneva, Oshkosh, WI 54901-1804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Larry H. Liebzeit | larry@liebzeitlaw.com  WI19@ecfcbis.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Paul G. Swanson | on behalf of Debtor Wilkins Enterprises  LLC pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com;9572849420@filings.docketbird.com |

TOTAL: 3

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    Chief United States Bankruptcy Judge

DATED:   July 9, 2021



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

IN RE:   Wilkins Enterprises, LLC,            Case No. 21−21173−gmh
                        Debtor.               Chapter  7

---

### ORDER CLOSING THE CHAPTER 7 CASE

---

The chapter 7 trustee filed a Report of No Distribution that constitutes a final account of the administration of the estate, as required by 11 U.S.C. §704(a)(9), and has certified that the estate has been fully administered. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

IT IS THEREFORE ORDERED that the trustee's bond is released, the trustee is discharged, and the chapter 7 case is closed.

#####